ORIGINAL

**FILED**

11/28/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

## IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

IN THE MATTER OF THE PETITION OF          O R D E R
THAD N. TUDOR

Thad N. Tudor has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of Tudor's application for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken within three years preceding the date of the application for admission. Rule VII.A.9, Rules of Admission.

Tudor passed the MPRE in 1996 when seeking admission to the practice of law in Minnesota. The petition states that, "[s]ince being admitted to the Minnesota Bar in 1997 to the present, Petitioner [] [i]s and always has been a member in good standing to the State Bar of Minnesota." Good cause appearing,

IT IS HEREBY ORDERED that the petition of Thad N. Tudor to waive the three-year test requirement for the MPRE for purposes of Tudor's current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 28 day of November, 2023.

_____
Chief Justice

_____

_____

**FILED**

NOV 2 8 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____

_____

_____

_____
                Justices